| Date | Pleading Number | |
|---|---|---|
| 10/20/75 | 1. | MOTION &SUPPORTING BRIEF -- defendant Palizzio, Inc. w/Schedule A and proof of service on attorneys involved and district courts. REQUESTED TRANSFEREE FORUM: Northern District of Oklahoma |
| 10/30/75 | | APPEARANCES -- R. R. Scott for Palizzio, Inc. I. E. Ungerman for Factory Outlet Shoes of Southroads, Inc. " " " " Oklahoma, Inc. " " " " Lakeside, Inc. " " " " New Orleans, Inc. and " " " " Georgia, Inc. |
| 10/31/75 | 2 | RESPONSE -- Factory Outlet Shoes of Southroads, Inc., Factory Outlet Shoes of Oklahoma, Inc., Factory Outlet Shoes of Lakeside, Inc., Factory Outlet Shoes of New Orleans, Inc., Factory Outlet Shoes of Georgia, Inc. w/cert. of service |
| 11/11/75 | | HEARING ORDER -- Setting A-1 through A-5 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 12/9/75 | | WAIVER OF ORAL ARGUMENT -- Palizzio, Inc. by Rober R. Scott, Esq. and all plaintiffs by John P. Roberts, Esquire |
| 2/3/76 | | CONSENT OF TRANSFEREE COURT FOR JUDGE DALE H. COOK TO HANDLE LITIGATION IN THE NORTHERN DISTRICT OF OKLAHOMA UNDER 28 U.S.C. §1407 |
| 2/3/76 | | TRANSFER ORDER -- Transferring Actions A-1 through A-5 to the NORTHERN DISTRICT OF OKLAHOMA under 28 U.S.C. §1407 FOR ASSIGNMENT TO JUDGE H. DALE COOK |

DOCKET NO. 233 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE PALIZZIO, INC., ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 12/12/75

Date(s) of Opinion(s) or Order(s) 2/3/76

Consolidation Ordered  XXX  Name of Transferee Judge  H. DALE COOK
Consolidation Denied  ____  Transferee District  NORTHERN DISTRICT OF OKLAHOMA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Factory Outlet Shoes of Southroads, Inc. v. Palizzio, Inc. | N.D.Okla. | 74-C-155 | | | | |
| A-2 | Factory Outlet Shoes of Oklahoma, Inc. v. Palizzio, Inc. | N.D.Okla. | 75-C-323 | | | | |
| A-3 | Factory Outlet Shoes of Lakeside, Inc. v. Palizzio, Inc. | E.D.La. | 75-2331 | 2/3/76 | 76-C-41 | | |
| A-4 | Factory Outlet Shoes of New Orleans, Inc. v. Palizzio, Inc. | E.D.La. | 75-2330 | 2/3/76 | 76-C-42 | | |
| A-5 | Factory Outlet Shoes of Georgia, Inc. v. Palizzio, Inc. | N.D.Ga. Henderson | C-75-1455A | 2/3/76 | 76-C-40 | | |

All dismissed by order filed 12/21/76

Consolidated for trial - J. Cook Order 5/6/76 (A1-A5)

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 233  --  IN RE PALIZZIO, INC. ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| FACTORY OUTLET SHOES OF SOUTHROADS, INC.<br>FACTORY OUTLET SHOES OF OKLAHOMA, INC.<br>FACTORY OUTLET SHOES OF LAKESIDE, INC.<br>FACTORY OUTLET SHOES OF NEW ORLEANS, INC.<br>FACTORY OUTLET SHOES OF GEORGIA, INC.<br>Irvine E. Ungerman, Esquire<br>Ungerman, Grabel & Ungerman<br>Sixth Floor Wright Building<br>Tulsa, Oklahoma  74103 | PALIZZIO, INC.<br>Roger R. Scott, Esquire<br>Pray, Scott & Williamson<br>2910 Fourth Nat'l Bank Bldg.<br>Tulsa, Oklahoma  74119 |