JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
FEB 3 1976
PATRICIA HOWARD
CLERK OF THE PANEL

DOCKET NO. 233

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PALIZZIO, INC. ANTITRUST LITIGATION

## ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the actions pending in the Eastern District of Louisiana and in the Northern District of Georgia to the Northern District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before the Honorable H. Dale Cook, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and their witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the actions listed on the attached Schedule A and pending in the Eastern District of Louisiana and in the Northern District of Georgia be, and the same hereby are, transferred to the Northern District of Oklahoma and, with the consent of that court, assigned to the Honorable H. Dale Cook for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

| SCHEDULE A | DOCKET NO. 233 |
|---|---|

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Factory Outlet Shoes of Georgia, Inc. v. Palizzio, Inc. | Civil Action No. C-75-1455A |

### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Factory Outlet Shoes of Southroads, Inc. v. Palizzio, Inc. | Civil Action No. 74-C-155 |
| Factory Outlet Shoes of Oklahoma, Inc. v. Palizzio, Inc. | Civil Action No. 75-C-323 |

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Factory Outlet Shoes of Lakeside, Inc. v. Palizzio, Inc. | Civil Action No. 75-2331 |
| Factory Outlet Shoes of New Orleans, Inc. v. Palizzio, Inc. | Civil Action No. 75-2330 |